*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: September 4, 2025

vs.  Case No.  25-3026-01-CR-S-MDH

**PEDRO MATAIS DE LEON-VELASCO**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 9:30 a.m.**  **Time Terminated: 9:45 a.m.**

### APPEARANCES

**Plaintiff: Cameron Beaver, AUSA**  **Defendant: Ty Harden**

**Proceedings:** Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. SENTENCE: Dft is sentenced to TIME SERVED on Count 1; followed by 3 years Supervised Release. No fine. $100 MPA. Special conditions of supervised release imposed. Dft advised of right to appeal. Dft remanded to custody.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER:  Jeannine Rankin**
**USPPTS:  Elizabeth Farquhar**